

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00382-CV

Columbia Valley Healthcare System, L.P. a/k/a Valley Regional Medical Center
v.
Eliseo Guerrero, Individually and on behalf of the Estate of Hilda Guerrero, deceased

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-3224-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 19, 2020